# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERNON R. CLOUD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-10-303-RAW-KEW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 29, 2011, Magistrate Judge West entered her Findings and Recommendations, recommending that the above-styled case be affirmed. No objection has been filed. The Recommendation will be followed.

IT IS THEREFORE ORDERED that the decision of the Commissioner is hereby **AFFIRMED.**

IT IS SO ORDERED this 26 day of September, 2011.

*[signature]*
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE