IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERNON R. CLOUD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-10-303-RAW-KEW ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On August 29, 2011, Magistrate Judge West entered her Findings and Recommendations, recommending that the above-styled case be affirmed. No objection has been filed. The Recommendation will be followed.

IT IS THEREFORE ORDERED that the decision of the Commissioner is hereby **AFFIRMED.**

IT IS SO ORDERED this 26 day of September, 2011.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE