IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERNON R. CLOUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-10-303-RAW-KEW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action has come before the court for consideration, and an Order affirming the decision of the Commissioner has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the court's Order.

ORDERED THIS 26 DAY OF SEPTEMBER, 2011.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE